## PITTS v. THE STATE.

FISH, C. J.   1. Where an indictment charged the accused with the offense of selling whisky without a license, in a given county, upon a named date, the State was not confined to proof of the commission of the offense upon the date named, but had the right to prove its commission, in such . county, upon any day within two years prior to the finding of the indictment.   *Green* v. *State*, 115 *Ga.* 254.

2. There was no error in refusing to sanction the petition for certiorari.

*Judgment affirmed.   All the Justices concur.*

Submitted October 16,—Decided November 9, 1905.

Petition for certiorari.   Before Judge Lewis.   Putnam superior court.   August 5, 1905.

*Greene F. Johnson,* for plaintiff in error.

*J. E. Pottle, solicitor-general,* and *S. T. Wingfield,* contra.